|   |   |
|---|---|
| 1 | Thiago Coelho, SBN 324715 |
| 2 | thiago@wilshirelawfirm.com |
|   | Jasmine Behroozan, SBN 325761 |
| 3 | jasmine@wilshirelawfirm.com |
| 4 | **WILSHIRE LAW FIRM** |
|   | 3055 Wilshire Blvd., 12th Floor |
| 5 | Los Angeles, California 90010 |
| 6 | Telephone: (213) 381-9988 |
|   | Facsimile: (213) 381-9989 |
| 7 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JUAN ALCAZAR, individually and on behalf of all others similarly situated, | Case No.: 4:20-cv-02889-YGR |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO NOTICE OF DISMISSAL** |
| v. | |
| THE MARTIN A. KATZ COMPANY, INC. a California corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff by and through his undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually on behalf of Plaintiff with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: October 27, 2021                    Respectfully Submitted,

/s/ *Thiago M. Coelho*
Thiago M. Coelho
Jasmine Behroozan
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
November 1, 2021